

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2022

No. 04-22-00615-CV

Gabriel **RODRIGUEZ** Sr., Gabriel Rodriguez Jr., Paul Celestine,
Appellants

v.

**HILLCORP ENERGY COMPANY**,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-22-282
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice (not participating)
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice
     Beth Watkins, Justice
     Liza A. Rodriguez, Justice
     Lori I. Valenzuela, Justice

The en banc court has considered Appellant's motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7.

It is so **ORDERED** December 29, 2022.

**PER CURIAM**

ATTESTED TO: _____
     MICHAEL A. CRUZ,
     CLERK OF COURT